**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:24cr304-MHT** |
| | ) | **(WO)** |
| **KENDRICK LA'MONT RANSOM** | ) | |

**ORDER**

Based on the court's finding under 18 U.S.C. § 3143(a)(1) that there is clear and convincing evidence that defendant Kendrick La'Mont Ransom is not likely to flee or pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(c), it is ORDERED that the government's oral motion for detention is denied, and defendant Ransom is released and continued under the same conditions previously imposed by the U. S. Magistrate Judge.  *See* Order Setting Conditions of Release (Doc. 13).

DONE, this the 29th day of October, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**