IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:24cr304-MHT
                            )            (WO)
KENDRICK LA'MONT RANSOM     )
```

**SUPPLEMENTAL ORDER ON TREATMENT-RELATED
CONDITIONS OF SUPERVISED RELEASE**

In accordance with the special conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 60 days of the commencement of supervised release, the United States Probation Office shall ensure that defendant Kendrick La'mont Ransom begins participating in a substance-abuse treatment program approved by the probation department, which may include testing to determine whether he has reverted to the use of drugs. The substance-abuse program shall be as described in the special conditions of supervised release in the judgment, and shall be consistent with

the recommendations of Dr. Ashlee Zito in her evaluation (Doc. 59-2 at 14-16).

(2) Within 60 days of the commencement of supervised release, and concurrent with substance-abuse treatment, the United States Probation Office shall arrange for defendant Ransom to receive the mental-health treatment program described in the special conditions of supervised release, which shall be consistent with the recommendations of Dr. Ashlee Zito in her evaluation (Doc. 59-2 at 14-16).

(3) Within 90 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Ransom to receive a thorough psychiatric evaluation to determine his current needs (if any) for psychotropic medication and shall arrange for defendant Ransom to receive any recommended treatment, with routine monitoring for effectiveness and compliance.

(4) Within 100 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Ransom is faring on supervision.

(5) The United States Probation Office shall ensure that, prior to beginning assessment or treatment, any professional assessing or treating defendant Ransom receives a copy of the psychological evaluation conducted by Dr. Zito (Doc. 59-2) and the presentence investigation report.

DONE, this the 22nd day of April, 2025.

/s/ Myron H. Thompson<br>
**UNITED STATES DISTRICT JUDGE**